# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JERRY HART                                                   PLAINTIFF

V.                         3:12CV00203 JTR

AMANDA CHILDRESS, Nurse,
Crittenden County Detention Facility                      DEFENDANT

## JUDGMENT[1]

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendant. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 29th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On December 7, 2012, the parties consented to proceed before a United States Magistrate Judge. *See* Doc. #14.